FILED
CHARLOTTE, N.C.

MAY 31 1994

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:94MC 45

In the Matter of: )
)
APPOINTMENT OF CHIEF U. S. )
PROBATION OFFICER FOR THE )
UNITED STATES DISTRICT COURT )
FOR THE WESTERN DISTRICT ) **O R D E R**
OF NORTH CAROLINA )
_____ )

**THIS MATTER** is before the Court for the appointment of a merit selection panel to review applications for the position of Chief U. S. Probation Officer for this District.

**IT IS HEREBY ORDERED** that the persons listed below are named to serve on a panel to receive and review applications for the position of Chief U. S. Probation Officer for the Western District of North Carolina.

### PANEL MEMBERS

Mr. Max O. Cogburn, Jr., Chairman
Attorney at Law
Asheville, North Carolina

Mr. Ben O. Bridgers
Attorney at Law
Sylva, North Carolina

Ms. Barbara DeLaney
Former U. S. Magistrate
Charlotte, North Carolina

...

Mr. Frank P. Graham
Attorney at Law
Asheville, North Carolina

Mr. Allen K. Robertson
Attorney at Law
Charlotte, North Carolina

Mr. David M. Schilli
Attorney at Law
Charlotte, North Carolina

Mr. Paul B. Taylor
Attorney at Law
Charlotte, North Carolina

Mr. Steve R. Warren
Attorney at Law
Asheville, North Carolina

Mr. Raboteau T. Wilder, Jr.
Attorney at Law
Gastonia, North Carolina

On or before September 30, 1994, the Panel shall submit to the Chief Judge of this Court its report specifying the total number of applications received and the names of five or so persons it has determined to be the most qualified. All written information prepared or considered by the Panel as to the individuals recommended shall be attached to the Panel's report and submitted to the Court.

The Clerk is directed to certify copies of this Order to members of the Panel.

THIS the ___25th___ day of May, 1994.

_____
RICHARD L. VOORHEES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
GRAHAM C. MULLEN
UNITED STATES DISTRICT COURT JUDGE

_____
ROBERT D. POTTER, SENIOR
UNITED STATES DISTRICT COURT JUDGE

# LIST OF MERIT SELECTION PANEL MEMBERS

Mr. Max O. Cogburn, Jr., Chairman
Attorney at Law
20 Battery Park Avenue, Suite 404
Asheville, North Carolina  28801

Mr. Frank P. Graham
Attorney at Law
Post Office Box 7647
Asheville, North Carolina

Mr. Ben O. Bridgers
Attorney at Law
319 West Main Street
Post Office Box 248
Sylva, North Carolina  28779

Ms. Barbara DeLaney
7601 Baltusrol Lane
Charlotte, North Carolina  28210

Mr. Allen K. Robertson
Attorney at Law
1900 Independence Center
101 North Tryon Street
Charlotte, North Carolina  28246

Mr. David M. Schilli
Attorney at Law
1900 Independence Center
101 North Tryon Street
Charlotte, North Carolina  28246

Mr. Paul B. Taylor
Attorney at Law
737 East Boulevard
Charlotte, North Carolina  28203

Mr. Steve R. Warren
Attorney at Law
Suite 1200, The Jackson Building
22 South Pack Square
Asheville, North Carolina  28801

Mr. Raboteau T. Wilder, Jr.
Attorney at Law
301 South York Street
Gastonia, North Carolina  28052